<div style="padding-left: 2em;">

1  Sonia S. Waisman, Esq., State Bar No. 153030
   McCLOSKEY, WARING, WAISMAN & DRURY LLP
2  1960 East Grand Avenue, Suite 580
   El Segundo, CA  90245
3  Telephone No.: (310) 524-0400
   Facsimile No.: (310) 524-0404
4  swaisman@mwwdlaw.com

5  Attorneys for Plaintiffs The Standard Fire Insurance Company and
   Travelers Casualty and Surety Company
6

7  William J. Baron, Esq., State Bar No. 111288
   Lauren M. Case, Esq., State Bar No. 280629
8  DUANE MORRIS LLP
   Spear Tower
9  One Market Plaza, Suite 2200
   San Francisco, CA  94105-1127
10 Telephone No.: (415) 957-3000
   Facsimile No.: (415) 957-3001
11 wjbaron@duanemorris.com
   lmcase@duanemorris.com
12

13 Attorneys for Plaintiff
   Great American Insurance Company of New York, formerly
14 known as American National Fire Insurance Company

15
   John Conway, Esq., State Bar No. 179301
16 AIWASIAN & ASSOCIATES
   725 S. Figueroa Street, Suite 1050
17 Los Angeles, CA 90017
   Telephone No.: (213) 233-9650
18 Facsimile No.: (213) 233-9651
   john.conway@mclolaw.com
19
   Attorneys for Plaintiffs
20 Vigilant Insurance Company, Century Indemnity Company (as successor to
   CCI Insurance Company, as successor to Insurance Company of North America),
21 Pacific Employers Insurance Company, and Federal Insurance Company

</div>

<div style="text-align: center;">

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, formerly known as American National | Case No. 5:19-cv-02498 DSF (AFMx)<br><br>**SERVICE OF STANDING ORDER ON ALL PARTIES** |

DM1\10347163.1                                    1

SERVICE OF STANDING ORDER ON ALL PARTIES

| | |
|---|---|
| Fire Insurance Company; VIGILANT INSURANCE COMPANY; and CENTURY INDEMNITY COMPANY, as successor to CCI Insurance Company, as successor to Insurance Company of North America, PACIFIC EMPLOYERS INSURANCE COMPANY, and FEDERAL INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF BETTY GOLDBERG, DECEASED and ESTATE OF AL GOLDBERG, DECEASED, by and through their successor-in-interest, Daniel Rubin; 220 W. GUTIERREZ, LLC, a California limited liability company,<br><br>Defendants. | Complaint Filed: December 30, 2019<br>Judge: Dale S. Fischer |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the Standing Order for Cases Assigned to Judge Dale S. Fischer ("Standing Order"), Plaintiffs The Standard Fire Insurance Company and Travelers Casualty and Surety Company, Great American Insurance Company of New York, formerly known as American National Fire Insurance Company, Vigilant Insurance Company, Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America), Pacific Employers Insurance Company, and Federal Insurance Company, hereby electronically serve the Standing Order attached hereto as Exhibit A.  As attorneys for all parties have appeared in this matter, service via Notice of Electronic Filing constitutes service pursuant to the Federal Rules of Civil Procedure under Local Rule 5-3.2.1.

///

///

| | | |
|---|---|---|
| 1 | Dated: January 28, 2020 | McCLOSKEY, WARING, WAISMAN & DRURY LLP |
| 2 | | |
| 3 | | By: /s/ Sonia S. Waisman<br>SONIA S. WAISMAN |
| 4 | | |
| 5 | | Attorneys for Plaintiffs<br>**THE STANDARD FIRE INSURANCE COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY** |
| 6 | | |
| 7 | Dated: January 28, 2020 | DUANE MORRIS LLP |
| 8 | | |
| 9 | | By: /s/ Lauren M. Case<br>WILLIAM J. BARON<br>LAUREN M. CASE |
| 10 | | |
| 11 | | Attorneys for Plaintiff<br>**GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, formerly known as American National Fire Insurance Company** |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | Dated: January 28, 2020 | AIWASIAN & ASSOCIATES |
| 17 | | By: /s/ John Conway<br>JOHN CONWAY |
| 18 | | |
| 19 | | Attorneys for Plaintiffs<br>**VIGILANT INSURANCE COMPANY; and CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, as successor to Insurance Company of North America), PACIFIC EMPLOYERS INSURANCE COMPANY, and FEDERAL INSURANCE COMPANY** |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |