UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, formerly known as American national Fire Insurance Company; VIGILANT INSURANCE COMPANY; CENTURY INDEMNITY COMPANY, as successor to CCI Insurance Company, as successor to Insurance Company of North America; PACIFIC EMPLOYERS INSURANCE COMPANY; and FEDERAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF BETTY GOLDBERG, DECEASED and ESTATE OF AL GOLDBERG, DECEASED, by and through their successor in interest Daniel Rubin; and 220 W. GUTIERREZ, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 5:19-cv-02498 DSF (AFMx)<br><br>ORDER MOVING HEARING DATE AND SETTING BRIEFING SCHEDULE ON PLAINTIFFS' SUMMARY JUDGMENT MOTION (ECF No. 24) AND EXTENDING TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT (ECF No. 1)<br><br><u>New</u> MSJ Hearing:<br>June 1, 2020<br>1:30 p.m.<br>Dept. 7D<br><br>Complaint served: January 7, 2020<br>Trial date: none set |

Plaintiffs' pending Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Motion") (ECF No. 24) is currently scheduled to be heard on

May 18, 2020. The parties to this action have stipulated and agreed through their counsel of record to move the hearing date for the Motion from May 18, 2020 to June 1, 2020. The parties have also stipulated and agreed through their counsel of record that Defendants' opposition to the Motion will be due on May 4, 2020, and that Plaintiffs' reply thereto will be due on May 15, 2020. ECF No. 30.

Defendants' response to the initial Complaint (ECF No. 1) is currently due on April 20, 2020. The parties have stipulated and agreed through their counsel of record to extend Defendants' deadline to file their Answer to the Complaint by two weeks, from April 20, 2020, to May 8, 2020.

"Written stipulations affecting the progress of the case shall be filed with the Court, be accompanied by a separate order as provided in L.R. 52-4.1, and will not be effective until approved by the judge, except as authorized by statute or the F.R.Civ.P." L.R. 7-1. "[T]he pertinent elements requested in the stipulation shall be set forth in the [proposed] order," which "shall be submitted as provided in L.R. 5-4.4." L.R. 52-4.1.

The parties' request to move the hearing date and set the briefing schedule on the Motion (ECF No. 24) and to extend Defendants' deadline to file their Answer to the Complaint (ECF No. 1) is hereby GRANTED.

The hearing on the Motion (ECF No. 24) is continued to June 1, 2020. The time and location of the hearing remain unchanged. Defendants' opposition to the Motion is due on May 4, 2020. Plaintiffs' reply thereto is due on May 15, 2020. Defendants' Answer to the Complaint (ECF No. 1) is due on May 8, 2020.

Based on the parties' stipulation,

IT IS SO ORDERED.

DATED: April 17, 2020

*Dale S. Fischer*

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE