AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of California ▼

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, et al. (See Attachment A for additional Plaintiffs)<br>*Plaintiff*<br>v.<br>220 W. GUTIERREZ, LLC<br>*Defendant, Third-party plaintiff*<br>v.<br>THE OHIO CASUALTY INSURANCE COMPANY, et al.<br>(See Attachment A for additional Third-party Defendants)<br>*Third-party defendant* | ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:19-cv-02498 DSF (AFMx) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  1. The Ohio Casualty Insurance Company
c/o CSC - Lawyers Incorporating Service
2719 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

2. Fireman's Fund Insurance Company
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against defendant   Estate of Betty Goldberg, et al., who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   The Standard Fire Company, et al.   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Bret A. Stone; Brian R. Paget: Kirk M. Tracy
PALADIN LAW GROUP® LLP
220 W. Gutierrez Street
Santa Barbara, CA 93101
It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Please see Attachment 1

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 5:19-cv-02498 DSF (AFMx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT A TO SUMMONS

**PLAINTIFFS (Continued):**

TRAVELERS CASUALTY AND SURETY COMPANY;

GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, (formerly known as American National Fire Insurance Company;

VIGILANT INSURANCE COMPANY; and

CENTURY INDEMNITY COMPANY, as successor to CCI Insurance Company, as successor to Insurance Company of North America,

PACIFIC EMPLOYERS INSURANCE COMPANY, and

FEDERAL INSURANCE COMPANY,

**DEFENDANTS (Continued):**

and ESTATE OF AL GOLDBERG, DECEASED, by and through their successor in interest, Daniel Rubin; and

220 W. GUTIERREZ, LLC,

**THIRD-PARTY DEFENDANTS (Continued):**

and FIREMAN'S FUND INSURANCE COMPANY

Attachment 1 to Third-Party Summons

Plaintiffs' Counsel

Sonia S. Waisman, Esq.
McCLOSKEY, WARING, WAISMAN & DRURY LLP
1960 East Grand A venue, Suite 5 80
El Segundo, CA 90245
swaisman@mwwdlaw.com
Attorneys for Plaintiffs The Standard Fire Insurance Company and
Travelers Casualty and Surety Company

William J. Baron, Esq.
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
wjbaron@duanemorris.com
Attorneys for Plaintiff
Great American Insurance Company of New York, formerly
known as American National Fire Insurance Company

John Conway, Esq.
AIWASIAN & ASSOCIATES
725 S. Figueroa Street, Suite 1050
Los Angeles, CA 90017
john.conway@mcloaw.com
Attorneys for Plaintiffs
Vigilant Insurance Company, Century Indemnity Company (as successor to
CCI Insurance Company, as successor to Insurance Company of North America),
Pacific Employers Insurance Company, and Federal Insurance Company