**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, formerly known as American National Fire Insurance Company; VIGILANT INSURANCE COMPANY; and CENTURY INDEMNITY COMPANY, as successor to CCI Insurance Company, as successor to Insurance Company of North America, PACIFIC EMPLOYERS INSURANCE COMPANY; and FEDERAL INSURANCE COMPANY,<br><br>                Plaintiffs,<br><br>    v.<br><br>ESTATE OF BETTY GOLDBERG, DECEASED and ESTATE OF AL GOLDBERG DECEASED, by and through their successor-in-interest, Daniel Rubin; 220 W. GUTIERREZ, LLC, a California limited liability company,<br><br>                Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  5:19-cv-02498 DSF (AFMx)<br><br>**ORDER ENTERING JOINT STIPULATION EXTENDING TIME FOR FILING RESPONSIVE PLEADING BY COUNTER-DEFENDANTS**<br>**(Re: Counterclaim of 220 W. Gutierrez, LLC)**<br><br><br>The Honorable Dale S. Fischer<br>United States District Judge |

1. Based on the stipulation dated September 16, 2020 (the "Stipulation) entered into by the parties in this action – Plaintiffs/Counter-Defendants THE STANDARD FIRE INSURANCE COMPANY ("Standard Fire"), TRAVELERS CASUALTY AND SURETY COMPANY ("Travelers"), GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, formerly known as American National Fire Insurance Company ("Great American"), VIGILANT INSURANCE COMPANY ("Vigilant"), CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, as successor to Insurance Company of North America) ("Century"), PACIFIC EMPLOYERS INSURANCE COMPANY ("PEIC"), and FEDERAL INSURANCE COMPANY ("Federal") (collectively "Plaintiffs/Counter-Defendants"), on the one hand, and Defendant/Counterclaimant 220 W. Gutierrez, LLC, on the other hand – to extend time for each of the Plaintiffs/Counter-Defendants to respond to the Counterclaim filed by Counterclaimant 220 W. Gutierrez, LLC, and for good cause appearing therefor,

IT IS HEREBY ORDERED that:

The Plaintiffs/Counter-Defendants shall each have up to and including October 19, 2020, to answer, move against, or otherwise respond to the Counterclaim of 220 W. Gutierrez, LLC in this matter.

IT IS SO ORDERED.

DATED: September 17, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE